UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN CHARLES AYO (#531823)            CIVIL ACTION

VERSUS

NO.: 19-00449-BAJ-RLB

LOUISIANA DEPARTMENT
OF CORRECTIONS, ET AL.

## ORDER

Before the Court is the Plaintiff's **Petition for Injunctive Relief (Doc. 11)** asking the Court to order the Legal Programs Director, Nyesha Davis, to afford the Plaintiff his "corrective process grievance procedure and administrative due process right(s)" regarding his lost property claim.

To obtain injunctive relief, a plaintiff must establish: (1) a substantial likelihood of prevailing on the merits; (2) a substantial threat of irreparable injury if the injunction is not granted; (3) the threatened injury outweighs any harm that will result to the non-movant if the injunction is granted; and (4) the injunction will not disserve the public interest. *See Ridgely v. Fed. Emergency Mgmt. Agency*, 512 F.3d 727, 734 (5th Cir. 2008). If a plaintiff fails to meet his burden regarding any of the necessary elements, the Court need not address the other elements necessary for granting a preliminary injunction. *See Roho, Inc. v. Marquis*, 902 F.2d 356, 261 (5th Cir. 1990) (declining to address the remaining elements necessary to obtain a preliminary injunction after finding that the plaintiff failed to show a substantial likelihood of success on the merits).

1

On the record before the Court, the Plaintiff is not entitled to the relief requested. The Plaintiff has not shown a substantial threat of irreparable injury if the injunction is not granted. A review of the exhibit attached to the Plaintiff's instant Motion reveals that the Plaintiff and the prison have complied with the uniform procedure for handling lost property claims set forth in 22 La. ADC, Part I, § 325(L). Furthermore, any grievance filed regarding lost property would be properly rejected since there is a specialized procedure in place, which the Plaintiff has already utilized. *See* 22 La. ADC, Part I, § 325(I)(1)(c)(i)(b)(ii). Accordingly,

**IT IS ORDERED** that the Plaintiff's Motion for Injunctive Relief (Doc. 11) is **DENIED**.

Baton Rouge, Louisiana, this 13th day of November, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**