# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**GLENN CHARLES AYO (#531823)**  CIVIL ACTION

**VERSUS**

**LOUISIANA DEPT. OF CORRECTIONS, ET AL.**  NO. 19-00449-BAJ-RLB

## RULING AND ORDER

Before the Court is Plaintiff's counseled **Motion For Leave To File Amended Complaint And Sever Claims Against Randy Lavespere And Paul Marion Toce, Jr. for Deliberate Indifference to Fecal Impaction (R. Doc. 47).** The Magistrate Judge has issued a **Report and Recommendation (Doc. 52)** recommending that Plaintiff's Motion be granted in part and denied in part, that Plaintiff's proposed Third Amended Complaint (R. Doc. 47-2) be filed into the record, and that the remaining Defendants not named in Plaintiff's Third Amended Complaint be dismissed without prejudice.

Having independently considered Plaintiff's Motion and related filings,[1] the Court **APPROVES** the Magistrate Judge's **Report And Recommendation (Doc. 52),** and **ADOPTS** it as the Court's opinion herein.

---

[1] Plaintiff, proceeding *pro se*, filed an Objection to the Magistrate Judge's Report and Recommendation (Doc. 54). The Court does *not* consider Plaintiff's *pro* se Objection here because "hybrid representation"—partly counseled, partly *pro se*—is *not* allowed. *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978); *see also United States v. Wiley*, 707 F. App'x 802, 803 (5th Cir. 2017) (petitioner had no right to file *pro se* motions while represented by counsel). The Court cautions that any future *pro se* filings by Plaintiff while represented by counsel in these proceedings will be stricken.

Accordingly,

**IT IS ORDERED** that Plaintiff's proposed Third Amended Complaint (R. Doc. 47-2) be filed into the record. Defendants shall have fourteen days from the date of this order to file a response to Plaintiff's Third Amended Complaint.

**IT IS FURTHER ORDERED** that the remaining Defendants not named in Plaintiff's Third Amended Complaint be and are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings on Plaintiff's remaining claims.

Baton Rouge, Louisiana, this 27th day of August, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**