## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLEN CHARLES AYO** | * | CIVIL ACTION |
| | * | |
| | * | NO. 19-449-BAJ-RLB |
| **VERSUS** | * | |
| | * | JUDGE BRIAN A. JACKSON |
| | * | |
| **LOUISIANA STATE PENITENTIARY,** | * | MAGISTRATE JUDGE |
| **ET AL** | * | RICHARD L. BOURGEOIS, JR. |

*****************************************

### DEFENDANTS' MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION

**NOW INTO COURT,** through undersigned counsel, come Defendants, State of Louisiana, through the Department of Public Safety and Corrections (DPSC), DPSC Secretary James LeBlanc, and EMT Shannon Gallien (incorrectly sued as "Sharon"), who respectfully move for leave to take the deposition of the Plaintiff, Glenn Ayo.

1.

Plaintiff, Glenn Ayo is an inmate confined to the custody of Louisiana State Penitentiary in Angola, Louisiana.

2.

Pursuant to Federal Rules of Civil Procedure Rule 30 (a)(2)(B), if a deponent is confined to prison, a party must obtain leave of court in order to take a deposition of that party.

3.

Plaintiff has not yet been deposed in this matter and as a result, the Defendants request to file the attached *Notice of Deposition* into the Record and to be granted leave to depose the plaintiff on Thursday, October 15, 2020 at 10:00 a.m. via Zoom Video Conferencing.

**WHEREFORE,** Defendants, DPSC, Secretary LeBlanc, and EMT Gallien, pray that this Honorable Court grants them authority to depose the Plaintiff and that an Order is issued

requiring the Plaintiff's appearance on Thursday, October 15, 2020 at 10:00 a.m. via Zoom Video Conferencing.

                          Respectfully submitted,

                          **JEFF LANDRY**
                          **ATTORNEY GENERAL**

BY:   */s/ Phyllis E. Glazer*
        Phyllis E. Glazer, (#29878)
        Assistant Attorney General
        **Louisiana Department of Justice**
        Litigation Division, Civil Rights Section
        1885 North Third Street, 4th Floor
        Post Office Box 94005 (70804-9005)
        Baton Rouge, Louisiana 70802
        Telephone: 225-326-6300
        Facsimile: 225-326-6495
        E-mail: GlazerP@ag.louisiana.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the 25th day of September, 2020, the above entitled pleading was filed electronically with the Clerk of Court by using the CM/ECF system, which will provide notice of electronic filing to all counsel of record. I further certify that all parties to this action are represented by CM/ECF participants.

                *s/ Phyllis E. Glazer*
              **Phyllis E. Glazer (#29878)**
              **Assistant Attorney General**