## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLENN CHARLES AYO** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 19-449-BAJ-RLB** |
| **VERSUS** | * | |
| | * | **JUDGE BRIAN A. JACKSON** |
| | * | |
| **LOUISIANA STATE PENITENTIARY,** | * | **MAGISTRATE JUDGE** |
| **ET AL** | * | **RICHARD L. BOURGEOIS, JR.** |

******************************************

### MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION

**MAY IT PLEASE THE COURT:**

The Defendants, DPSC, DPSC Secretary James LeBlanc, and EMT Shannon Gallien respectfully move this Honorable Court for leave to depose the Plaintiff, Glenn Ayo for the reasons set forth below.

Plaintiff, Glen Ayo is an inmate confined to the custody of Louisiana State Penitentiary in Angola, Louisiana. Pursuant to Federal Rules of Civil Procedure Rule 30 (a)(2)(B), if a deponent is confined to prison, a party must obtain leave of court in order to take a deposition of that party. Plaintiff has not yet been deposed in this matter and as a result, the Defendants request to depose the plaintiff on Thursday, October 15, 2020 at 10:00 a.m. via Zoom Video Conferencing. That date and time have been confirmed with Plaintiff's counsel.

**WHEREFORE,** DPSC, DPSC Secretary James LeBlanc, and EMT Shannon Gallien, pray that this Honorable Court grant them leave to file the attached Notice of Deposition and that this Court compels the Plaintiff to appear to be deposed on Thursday, October 15, 2020 at 10:00 a.m. via Zoom Video Conferencing.

        Respectfully submitted,

        **JEFF LANDRY**
        **ATTORNEY GENERAL**

BY:   */s/ Phyllis E. Glazer*
        Phyllis E. Glazer, (#29878)
        Assistant Attorney General
        **Louisiana Department of Justice**
        Litigation Division, Civil Rights Section
        1885 North Third Street, 4th Floor
        Post Office Box 94005 (70804-9005)
        Baton Rouge, Louisiana 70802
        Telephone:  225-326-6300
        Facsimile:   225-326-6495
        E-mail: GlazerP@ag.louisiana.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the 25th day of September, 2020, the above entitled pleading was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

        */s/ Phyllis E. Glazer*
        **Phyllis E. Glazer (#29878)**
        **Assistant Attorney General**