UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GLENN CHARLES AYO**  CIVIL ACTION

**VERSUS**

**LOUISIANA DEPT. OF CORRECTIONS, ET AL.**  NO. 19-00449-BAJ-RLB

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 65)**, which recommends that this action be dismissed under Federal Rule of Civil Procedure ("Rule") 25(a)(1) due to the Plaintiff's death without a proper party substitute. There are no objections to the Magistrate Judge's recommendation.

Having considered the matter, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that the above-caption action is **DISMISSED** pursuant to Rule 25(a)(1) for failure to file an appropriate motion to substitute by any party or decedent's successor or representative.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 18th day of August, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**